IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41186
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VELMA SEGOVIA-VASQUEZ,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. L-98-CR-395-1
--------------------
August 10, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Velma Segovia-Vasquez appeals from her convictions for conspiring to possess with the intent to distribute in excess of five kilograms of cocaine, and possessing in excess of five kilograms of cocaine with the intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. She argues that the evidence was insufficient to support the jury's verdicts. Our review of the record and of the arguments and authorities convinces us that no reversible error was committed. The evidence was not insufficient. See United States v. McCarty, 36

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 1349, 1358 (5th Cir. 1994).

AFFIRMED.